UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA JOHNSON,

       Plaintiff,                   Case No. 15-13004
                                       Honorable Laurie J. Michelson
v.                                          Magistrate Judge David R. Grand

RITE-AID CORPORATION,

       Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT [19]

Although plaintiff Debra Johnson filed her complaint in this action on August 24, 2015, procedural issues delayed issuance of a summons until early October, and it was not until October 7, 2015, that the Court instructed the U.S. Marshals to serve Johnson's complaint on the defendant. [15]. On October 28, 2015, before her complaint had been served on the defendant, Johnson filed a motion to amend the complaint, along with a proposed amended complaint. [19, 20]. On December 8, 2015, defendant filed an answer to Johnson's proposed amended complaint. [26]. For this reason, and since Johnson was permitted to amend her complaint as a matter of course at this stage of the litigation, Fed. R. Civ. P. 15(a)(1), it is hereby,

    **ORDERED** that Johnson's motion to amend the complaint **[19]** is **GRANTED**.


Dated: December 23, 2015                     s/David R. Grand
Ann Arbor, Michigan                        DAVID R. GRAND
                                                         United States Magistrate Judge


## NOTICE TO THE PARTIES REGARDING OBJECTIONS

The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections

for consideration by the district judge under 28 U.S.C. § 636(b)(1).

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 23, 2015.

                                            s/William Barkholz for Eddrey O. Butts
                                            EDDREY O. BUTTS
                                            Case Manager